| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Ave<br>Vineland, NJ 08360<br>856-696-8300<br>856-696-3586<br>Attorney for Debtor(s)<br>Kborger@seymourlaw.net | |
| In Re:<br><br>Patrick Purdy and Pamela Purdy | Case No.:  17-14634<br><br>Judge:  ABA<br><br>Chapter:  13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO CREDITOR'S MOTION FOR RELIEF

The debtor in the above captioned chapter 13 proceeding hereby objects to the following

1. Motion for Relief from Stay
   By       Ford Motor Credit Company LLC       , creditor

2. I am objecting to the above for the following reasons:

I would like the opportunity to cure the arrears.

I would like to propose paying the arrears over a period of 3 months to come current.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 7/11/2017                                        /s/ Patrick Purdy
                                                       Debtor's Signature

Date: 7/11/2017                                        /s/ Pamela Purdy
                                                       Debtor's Signature