UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

44461
Morton & Craig LLC
William E. Craig, Esquire
110 Marter Ave., Suite 301
Moorestown, NJ 08057
Attorney for Ford Motor Credit Company



Order Filed on November 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.   17-14634

In Re:

PATRICK M. PURDY
PAMELA R. PURDY

Adv. No.

Hearing Date:  7-18-17

Judge: (ABA)

## ORDER FOR MONTHLY PAYMENTS, INSURANCE, COUNSEL FEES, AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on page number two (2) is hereby **ORDERED**.

**DATED: November 6, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtors: Patrick and Pamela Purdy

Case No: 17-14634

Caption of Order: Order for monthly payments, insurance, counsel fees and stay relief under certain circumstances

This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for Ford Motor Credit Company ("Ford"), with the appearance of Seymour Wasserstrum, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Ford is the holder of a first purchase money security interest encumbering a 2015 Ford Fiesta bearing vehicle identification number 3FADP4TJ9FM144313.**

2. **That commencing with their July 2017 payment, the Debtors are to make each monthly payment in accordance with the loan agreement directly to Ford.  If the Debtors fail to make any payment within thirty (30) days after it falls due (being the 22nd day of each month), Ford shall be entitled to stay relief upon filing a certification with the court and serving it upon the Debtors, their attorney, and the chapter 13 trustee.**

3. **That the Debtors must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  Ford Motor Credit Company must be listed as loss payee.  If the Debtors fail to maintain valid insurance on the vehicle, Ford shall be entitled to stay relief upon filing a certification that insurance has lapsed with the court and serving it upon the Debtors, their attorney, and the chapter 13 trustee.**

4. **That the Debtors are to pay a counsel fee of $506.00 to Ford Motor Credit Company through their chapter 13 plan.**