

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>44461<br>Morton & Craig LLC<br>William E. Craig, Esquire<br>110 Marter Ave., Suite 301<br>Moorestown, NJ 08057<br>Attorney for Ford Motor Credit Company | Order Filed on November 6, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>PATRICK M. PURDY<br>PAMELA R. PURDY | Case No.  17-14634<br><br>Adv. No.<br><br>Hearing Date:  7-18-17<br><br>Judge: (ABA) |

## ORDER FOR MONTHLY PAYMENTS, INSURANCE, COUNSEL FEES, AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on page number two (2) is hereby **ORDERED**.

**DATED: November 6, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors: Patrick and Pamela Purdy
Case No: 17-14634
Caption of Order: Order for monthly payments, insurance, counsel fees and stay relief under certain circumstances

This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for Ford Motor Credit Company ("Ford"), with the appearance of Seymour Wasserstrum, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Ford is the holder of a first purchase money security interest encumbering a 2015 Ford Fiesta bearing vehicle identification number 3FADP4TJ9FM144313.**
2. **That commencing with their July 2017 payment, the Debtors are to make each monthly payment in accordance with the loan agreement directly to Ford. If the Debtors fail to make any payment within thirty (30) days after it falls due (being the 22nd day of each month), Ford shall be entitled to stay relief upon filing a certification with the court and serving it upon the Debtors, their attorney, and the chapter 13 trustee.**
3. **That the Debtors must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Ford Motor Credit Company must be listed as loss payee. If the Debtors fail to maintain valid insurance on the vehicle, Ford shall be entitled to stay relief upon filing a certification that insurance has lapsed with the court and serving it upon the Debtors, their attorney, and the chapter 13 trustee.**
4. **That the Debtors are to pay a counsel fee of $506.00 to Ford Motor Credit Company through their chapter 13 plan.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-14634-ABA
Patrick M Purdy                                                                                 Chapter 13
Pamela R Purdy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                 Page 1 of 1                Date Rcvd: Nov 06, 2017
                              Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2017.
db/jdb         +Patrick M Purdy,   Pamela R Purdy,   218 Mistle Rd.,   Millville, NJ 08332-5524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              John R. Morton, Jr.   on behalf of Creditor    Ford Motor Credit Company LLC
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Seymour   Wasserstrum    on behalf of Debtor Patrick M Purdy mylawyer7@aol.com,   ecf@seymourlaw.net
              Seymour   Wasserstrum    on behalf of Joint Debtor Pamela R Purdy mylawyer7@aol.com,
               ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7