| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**<br>**Raymond H. Shockley, Jr., Esquire**<br>**Cherry Tree Corporate Center**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, NJ 08002**<br>**(856) 663-5002** | Order Filed on July 19, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:   PATRICK M. PURDY<br>          PAMELA R. PURDY<br>                         Debtor(s) | Case No.   17-14634 (ABA)<br><br>Hearing Date: May 29, 2018 at 10:00 a.m.<br><br>Judge: Andrew B. Altenburg, Jr. |

### ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN
### PURSUANT TO 11 U.S.C. §1329(a)(1)

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 19, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page ( 2)

Debtor: PATRICK M. AND PAMELA R. PURDY

Case No: 17-14634 (ABA)

**ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN PURSUANT TO 11 U.S.C. §1329(a)(1)**

**THIS MATTER** having been opened to the Court by Isabel C. Balboa, the Chapter 13 Standing Trustee, on a Motion to Modify Debtors' Chapter 13 Plan Pursuant to 11 U.S.C. §1329(a)(1) and further certifying that the copies of the Motion and this Order were served upon Debtor(s) and his/her/their attorney, if any, and good cause appearing;

**IT IS ORDERED** that the Chapter 13 Standing Trustee is hereby permitted to file a Modified Chapter 13 Plan pursuant to 11 U.S.C. §1329(a)(1) to pay a 100% dividend to unsecured creditors who filed timely claims.