| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**<br>**Raymond H. Shockley, Jr., Esquire**<br>**Cherry Tree Corporate Center**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, NJ 08002**<br>**(856) 663-5002** |
| In Re:  PATRICK M. PURDY<br>         PAMELA R. PURDY<br>                    Debtor(s) |

Order Filed on July 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.   17-14634 (ABA)

Hearing Date: May 29, 2018 at 10:00 a.m.

Judge: Andrew B. Altenburg, Jr.

## ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN
## PURSUANT TO 11 U.S.C. §1329(a)(1)

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 19, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page ( 2 )

Debtor:     PATRICK M. AND PAMELA R. PURDY

Case No:    17-14634 (ABA)

**ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN PURSUANT TO 11 U.S.C. §1329(a)(1)**

**THIS MATTER** having been opened to the Court by Isabel C. Balboa, the Chapter 13 Standing Trustee, on a Motion to Modify Debtors' Chapter 13 Plan Pursuant to 11 U.S.C. §1329(a)(1) and further certifying that the copies of the Motion and this Order were served upon Debtor(s) and his/her/their attorney, if any, and good cause appearing;

**IT IS ORDERED** that the Chapter 13 Standing Trustee is hereby permitted to file a Modified Chapter 13 Plan pursuant to 11 U.S.C. §1329(a)(1) to pay a 100% dividend to unsecured creditors who filed timely claims.

United States Bankruptcy Court
District of New Jersey

In re:  
Patrick M Purdy  
Pamela R Purdy  
    Debtors

Case No. 17-14634-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jul 19, 2018  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2018.  
db/jdb        +Patrick M Purdy,    Pamela R Purdy,    218 Mistle Rd.,    Millville, NJ 08332-5524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2018 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Jane L. McDonald     on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
         John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
         Seymour    Wasserstrum    on behalf of Joint Debtor Pamela R Purdy mylawyer7@aol.com, ecf@seymourlaw.net  
         Seymour    Wasserstrum    on behalf of Debtor Patrick M Purdy mylawyer7@aol.com,    ecf@seymourlaw.net  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                         TOTAL: 8