Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–14634–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Patrick M Purdy | Pamela R Purdy |
| 218 Mistle Rd. | 218 Mistle Rd. |
| Millville, NJ 08332 | Millville, NJ 08332 |

Social Security No.:
  xxx–xx–6010                                    xxx–xx–4921

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 25, 2017.

On July 23, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                September 12, 2018
Time:                 09:00 AM
Location:           Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 23, 2018
JAN: def

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-14634-ABA
Patrick M Purdy                                                 Chapter 13
Pamela R Purdy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Jul 23, 2018
                              Form ID: 185             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2018.
```
db/jdb         +Patrick M Purdy,    Pamela R Purdy,    218 Mistle Rd.,    Millville, NJ 08332-5524
516691203       Akron Billing Center,    3585 Ridge Park Dr.,    Akron, OH 44333-8203
516691205       Apex Asset Management,    Po Box 5407,    Lancaster, PA 17606-5407
516691207      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
516768529       Bank Of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
516691206      +Bank of America,    PO Box 45144,    Jacksonville, FL 32232-5144
516897527       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516691210      +Center For Diagnostic Imaging,    1450 East Chestnut Ave Building 4,    Vineland, NJ 08361-8467
516691211      +Citicards CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
516691213      +Cumberland OB/GYN PA,    2950 College Dr 2G,    Vineland, NJ 08360-6933
516691214      +Delaware Valley Urology LLC,    Po Box 14099,    Belfast, ME 04915-4034
516697748      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,    Dept. 55953,    P O Box 55000,
                 Detroit,  MI. 48255-0953)
516691216      +Ford Motor Credit,    Po Box 542000,    Omaha, NE 68154-8000
516691221       IRS,   PO Box 725,    Special Procedures Function,    Springfield, NJ 7081
516691219      +Inspira Health Center Bridgeton Radiolog,    333 Irving Ave,    Bridgeton, NJ 08302-2123
516691225       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
516691226       PMAB, LLC,    PO Box 12150,    Charlotte, NC 28220-2150
516691227       Quest Diagnostics,    P.O. Box 740775,    Cincinnati, OH 45274-0775
516691228       Receivable Outsourcing , Inc,    Po Box 62850,    Baltimore, MD 21264-2850
516691229       Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
516691230       So Jersey Hs Emg Phys, Sv, Pa,    Po Box 740021,    Cincinnati, OH 45274-0021
516691235      +The Children's Hospital Of Philadelphia,    P.O. Box 783752,    Philadelphia, PA 19178-3752
516691236      +The Childrens Hospital Of Philadelphia,    P.O. Box 788017,    Philadelphia, PA 19178-8017
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 24 2018 00:10:57     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 24 2018 00:10:54     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516691204       E-mail/Text: bkrpt@retrievalmasters.com Jul 24 2018 00:10:52     AMCA,   Po Box 1235,
                 Elmsford, NY 10523-0935
516691209      +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2018 00:14:09     Care Credit,    P.O. Box 965036,
                 Orlando, FL 32896-5036
516906202      +E-mail/Text: bankruptcy@cavps.com Jul 24 2018 00:11:15     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516691212      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 24 2018 00:10:40     Comenity Capital,
                 P.O. Box 182120,    Columbus, OH 43218-2120
516691215       E-mail/Text: mrdiscen@discover.com Jul 24 2018 00:09:43     Discover,    P.O. Box 15316,
                 Wilmington, DE 19850-5316
516702925       E-mail/Text: mrdiscen@discover.com Jul 24 2018 00:09:43     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516691217      +E-mail/Text: bankruptcy@fult.com Jul 24 2018 00:11:51     Fulton Bank,    533 Fellowship Rd,
                 Mt Laurel, NJ 08054-3411
516691218      +E-mail/Text: Harris@ebn.phinsolutions.com Jul 24 2018 00:11:49     Harris & Harris, Ltd,
                 111 West Jackson Blvd, Suite 400,    Chicago, IL 60604-4135
516691222      +E-mail/Text: cio.bncmail@irs.gov Jul 24 2018 00:10:11     IRS,   1601 Market St,
                 Philadelphia, PA 19103-2301
516691224      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 24 2018 00:09:57     Kohls,   PO Box 3115,
                 Milwaukee, WI 53201-3115
516904757       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 24 2018 00:14:25
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516838222      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 24 2018 00:10:53     MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
516712086       E-mail/Text: bnc-quantum@quantum3group.com Jul 24 2018 00:10:47
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
516691232      +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2018 00:14:10     SYNCB/Sleepys,    PO Box 965036,
                 Orlando, FL 32896-5000
516691231      +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2018 00:14:10     Syncb/Lowes,    PO Box 965005,
                 Orlando, FL 32896-5005
516691234       E-mail/Text: bankruptcy@td.com Jul 24 2018 00:10:58     TD Bank,   PO Box 219,
                 Lewiston, ME 4243
516691233       E-mail/Text: bankruptcy@td.com Jul 24 2018 00:10:58     Td Bank,   32 Chestnut Street,
                 Lewiston, ME 4240
                                                                                              TOTAL: 19
```

```
District/off: 0312-1           User: admin               Page 2 of 2                   Date Rcvd: Jul 23, 2018
                               Form ID: 185              Total Noticed: 42


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:   Ford Motor Credit Company LLC,    P.O. Box 62180,
               Colorado Springs, CO  80962)
516691208*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank Of America,    Po Box 982238,    El Paso, TX 79998)
516702692*   ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:   Ford Motor Credit Company LLC,    PO Box 62180,
               Colorado Springs, CO 80962-4400)
516691220*     IRS,    PO Box 744,    Springfield, NJ 07081-0744
516691223*    +Irs,    P.O. Box 7346,    Philadelphia, PA 19101-7346
516910325*     Shellpoint Mortgage Servicing,    PO BOX 10826,    Greenville SC 29603-0826
                                                                                          TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Seymour   Wasserstrum    on behalf of Debtor Patrick M Purdy mylawyer7@aol.com,    ecf@seymourlaw.net
              Seymour   Wasserstrum    on behalf of Joint Debtor Pamela R Purdy mylawyer7@aol.com,
               ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```