Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                  Case No.: 17−14634−ABA
                  Chapter: 13
                  Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Patrick M Purdy | Pamela R Purdy |
| --- | --- |
| 218 Mistle Rd. | 218 Mistle Rd. |
| Millville, NJ 08332 | Millville, NJ 08332 |

Social Security No.:
  xxx−xx−6010                                       xxx−xx−4921

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on September 13, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 13, 2018
JAN: ml

                                                                      Jeanne Naughton
                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-14634-ABA
Patrick M Purdy                                                       Chapter 13
Pamela R Purdy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Sep 13, 2018
                              Form ID: 148             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2018.
db/jdb         +Patrick M Purdy,    Pamela R Purdy,    218 Mistle Rd.,   Millville, NJ 08332-5524
516691203       Akron Billing Center,    3585 Ridge Park Dr.,    Akron, OH 44333-8203
516691205       Apex Asset Management,    Po Box 5407,    Lancaster, PA 17606-5407
516691206      +Bank of America,    PO Box 45144,    Jacksonville, FL 32232-5144
516691210      +Center For Diagnostic Imaging,    1450 East Chestnut Ave Building 4,    Vineland, NJ 08361-8467
516691213      +Cumberland OB/GYN PA,    2950 College Dr 2G,    Vineland, NJ 08360-6933
516691214      +Delaware Valley Urology LLC,    PO Box 14099,    Belfast, ME 04915-4034
516691221       IRS,   PO Box 725,    Special Procedures Function,    Springfield, NJ 7081
516691219      +Inspira Health Center Bridgeton Radiolog,    333 Irving Ave,   Bridgeton, NJ 08302-2123
516691225       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
516691226       PMAB, LLC,    PO Box 12150,    Charlotte, NC 28220-2150
516691227       Quest Diagnostics,    P.O. Box 740775,    Cincinnati, OH 45274-0775
516691228       Receivable Outsourcing , Inc,    Po Box 62850,    Baltimore, MD 21264-2850
516691229       Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
516691230       So Jersey Hs Emg Phys, Sv, Pa,    Po Box 740021,    Cincinnati, OH 45274-0021
516691235      +The Children's Hospital Of Philadelphia,    P.O. Box 783752,   Philadelphia, PA 19178-3752
516691236      +The Childrens Hospital Of Philadelphia,    P.O. Box 788017,   Philadelphia, PA 19178-8017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 13 2018 23:06:28     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 13 2018 23:06:25     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516691204       EDI: RMCB.COM Sep 14 2018 02:23:00     AMCA,   Po Box 1235,   Elmsford, NY 10523-0935
516691207       EDI: BANKAMER.COM Sep 14 2018 02:23:00     Bank Of America,   Po Box 982238,
                 El Paso, TX 79998
516768529       EDI: BANKAMER.COM Sep 14 2018 02:23:00     Bank Of America, N.A.,   PO BOX 31785,
                 Tampa, FL 33631-3785
516897527       EDI: BL-BECKET.COM Sep 14 2018 02:23:00     Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
516691209      +EDI: RMSC.COM Sep 14 2018 02:23:00     Care Credit,   P.O. Box 965036,   Orlando, FL 32896-5036
516906202      +E-mail/Text: bankruptcy@cavps.com Sep 13 2018 23:06:48     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516691211      +EDI: CITICORP.COM Sep 14 2018 02:23:00     Citicards CBNA,   PO Box 6241,
                 Sioux Falls, SD 57117-6241
516691212      +EDI: WFNNB.COM Sep 14 2018 02:23:00     Comenity Capital,   P.O. Box 182120,
                 Columbus, OH 43218-2120
516691215       EDI: DISCOVER.COM Sep 14 2018 02:23:00     Discover,   P.O. Box 15316,
                 Wilmington, DE 19850-5316
516702925       EDI: DISCOVER.COM Sep 14 2018 02:23:00     Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
516697748       EDI: FORD.COM Sep 14 2018 02:23:00     Ford Motor Credit Company LLC,   Dept. 55953,
                 P O Box 55000,   Detroit, MI. 48255-0953
516702692       EDI: FORD.COM Sep 14 2018 02:23:00     Ford Motor Credit Company LLC,   PO Box 62180,
                 Colorado Springs, CO 80962-4400
516691216      +EDI: FORD.COM Sep 14 2018 02:23:00     Ford Motor Credit,   Po Box 542000,
                 Omaha, NE 68154-8000
516691217      +E-mail/Text: bankruptcy@fult.com Sep 13 2018 23:07:43     Fulton Bank,   533 Fellowship Rd,
                 Mt Laurel, NJ 08054-3411
516691218      +EDI: PHINHARRIS Sep 14 2018 02:23:00     Harris & Harris, Ltd,
                 111 West Jackson Blvd, Suite 400,   Chicago, IL 60604-4135
516691222      +EDI: IRS.COM Sep 14 2018 02:23:00     IRS,   1601 Market St,   Philadelphia, PA 19103-2301
516691224      +EDI: CBSKOHLS.COM Sep 14 2018 02:23:00     Kohls,   PO Box 3115,   Milwaukee, WI 53201-3115
516904757       EDI: RESURGENT.COM Sep 14 2018 02:23:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
516838222      +EDI: MID8.COM Sep 14 2018 02:23:00     MIDLAND FUNDING LLC,   PO BOX 2011,
                 WARREN, MI 48090-2011
516712086       EDI: Q3G.COM Sep 14 2018 02:23:00     Quantum3 Group LLC as agent for,   Comenity Capital Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
516691232       EDI: RMSC.COM Sep 14 2018 02:23:00     SYNCB/Sleepys,   PO Box 965036,   Orlando, FL 32896-5000
516691231      +EDI: RMSC.COM Sep 14 2018 02:23:00     Syncb/Lowes,   PO Box 965005,   Orlando, FL 32896-5005
516691234       EDI: TDBANKNORTH.COM Sep 14 2018 02:23:00     TD Bank,   PO Box 219,   Lewiston, ME 4243
516691233       EDI: TDBANKNORTH.COM Sep 14 2018 02:23:00     Td Bank,   32 Chestnut Street,
                 Lewiston, ME 4240
                                                                                              TOTAL: 26

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: Sep 13, 2018
                              Form ID: 148               Total Noticed: 43


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:   Ford Motor Credit Company LLC,    P.O. Box 62180,
               Colorado Springs, CO   80962)
516691208*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank Of America,    Po Box 982238,    El Paso, TX 79998)
516691220*    IRS,   PO Box 744,    Springfield, NJ 07081-0744
516691223*   +Irs,    P.O. Box 7346,    Philadelphia, PA 19101-7346
516910325*    Shellpoint Mortgage Servicing,    PO BOX 10826,    Greenville SC 29603-0826
                                                                                   TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Seymour  Wasserstrum    on behalf of Debtor Patrick M Purdy mylawyer7@aol.com,  ecf@seymourlaw.net
              Seymour  Wasserstrum    on behalf of Joint Debtor Pamela R Purdy mylawyer7@aol.com,
               ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```